UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUGO ELLIOTT,

    Plaintiff,

    v.

PUBMATIC, INC.,

    Defendant.

Case No. 21-cv-01497-PJH

**JUDGMENT**

The issues having been duly heard and the court having granted defendant's motion to dismiss the complaint without prejudice to filing the case in the appropriate forum,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action is dismissed.

**IT IS SO ORDERED.**

Dated: August 16, 2021

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge